USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7|13|17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SHAMSIDDIN NAJMIEV, individually and on
behalf of all other persons similarly situated who
were employed by SPECIAL TOUCH HOME
CARE SERVICES, INC.,

                      Plaintiff,

        -against-

SPECIAL TOUCH HOME CARE SERVICES,
INC.,

                      Defendant.
-------------------------------------------------------------X

17 **CIVIL** 1386 (VEC)

**JUDGMENT**

      Plaintiff Shamsiddin Najmiev having filed a putative class action in New York Supreme

Court against his former employer, Defendant Special Touch Home Care Services ("Special

Touch"). Special Touch removed the case to federal court, asserting that Plaintiff's claims are

preempted pursuant to Section 301 of the Labor Management Relations Act ("LMRA").

Defendant having moved to dismiss, and Plaintiff having moved to remand, arguing that his

claims are not preempted and that, therefore, the case was improperly removed, and the matter

having come before the Honorable Valerie E. Caproni, United States District Judge, and the

Court, on July 12, 2017, having rendered its Opinion and Order granting Plaintiff's motion to

remand. In addition, the Court is dismissing Defendant's motion to dismiss, or in the alternative,

to compel arbitration [Dkt. 4] as moot; and directing the Clerk of Court to remand this case to

New York Supreme Court, and close this case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion and Order dated July 12, 2017, Plaintiff's motion to remand is granted. In

addition, Defendant's motion to dismiss, or in the alternative, to compel arbitration [Dkt. 4] is

dismissed as moot and the case is remanded to New York Supreme Court; accordingly, the case

is closed.

**Dated:**  New York, New York
        July 13, 2017

                                      **RUBY J. KRAJICK**

                                      _____
                                           **Clerk of Court**
                        **BY:**

                                      _____
                                           **Deputy Clerk**